## UNITED STATES COURT OF INTERNATIONAL TRADE

**Before: The Honorable Timothy C. Stanceu**

| | |
|---|---|
| YAMA RIBBONS AND BOWS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br><br> BERWICK OFFRAY, LLC, <br><br> Defendant-Intervenor. | Court No. 20-00059 |

### PLAINTIFF'S COMMENTS ON COMMERCE'S FINAL REDETERMINATION PURSUANT TO REMAND ORDER

On behalf of Yama Ribbons and Bows Co., Ltd. ("Yama Ribbons"), we hereby notify the Court that the Plaintiff has no comments on the Defendant's remand results filed on June 10, 2024.  (ECF 57).

       Respectfully submitted,

       /s/ *Brittney R. Powell*
       Lizbeth R. Levinson
       Brittney R. Powell
       Alexander D. Keyser

       FOX ROTHSCHILD LLP
       2020 K Street, NW
       Suite 500 East
       Washington, DC  20006
       Phone: (202) 361-3100
       Email:  bpowell@foxrothschild.com

       *Counsel to Yama Ribbons*

Dated:  July 12, 2024

150578489.1