**Slip Op. 24-89**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **YAMA RIBBONS AND BOWS CO., LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>Defendant,<br><br>and<br><br>**BERWICK OFFRAY LLC,**<br><br>Defendant-Intervenor. | **Before: Timothy C. Stanceu, Judge**<br><br>**Court No. 20-00059** |

## JUDGMENT

Before the court are the *Final Results of Redetermination Pursuant to Court Remand* (June 10, 2024), ECF No. 57-1 (the "Second Remand Redetermination"), which the International Trade Administration, U.S. Department of Commerce ("Commerce") issued in response to the court's opinion and order in *Yama Ribbons and Bows Co., Ltd. v. United States*, 48 CIT __, 698 F. Supp. 3d 1255 (2024). In the Second Remand Redetermination, Commerce selected a new countervailing duty subsidy rate for the Export Buyer's Credit Program of 0.87% and, accordingly, recalculated a total subsidy

**Court No. 20-00059**                                                                 **Page 2**

rate of 22.20% for plaintiff Yama Ribbons and Bows, Co., Ltd. ("Yama").  *Second Remand Redetermination* at 6.

No party submitted substantive comments on, or otherwise objected to, the Second Remand Redetermination.  Pl.'s Comments on Commerce's Final Redetermination pursuant to Court Remand (July 12, 2024), ECF No. 59; Def.-Int.'s Submission Indicating No Comments (July 15, 2024), ECF No. 60.  Defendant advocates that the court sustain the Second Remand Redetermination.  Def.'s Comments in Support of the Second Remand Redetermination (July 24, 2024), ECF No. 61.

The court has reviewed the Second Remand Redetermination and has determined that it complies with the opinion and order in *Yama Ribbons and Bows Co., Ltd. v. United States*, 48 CIT __, 698 F. Supp. 3d 1255 (2024).  Therefore, upon consideration of the Second Remand Redetermination and all papers and proceedings had herein, upon due deliberation, and in the absence of an objection by any party, it is hereby

**ORDERED** that Second Remand Redetermination be, and hereby is, sustained; and it is further

**Court No. 20-00059**                                                                                               **Page 3**

       **ORDERED** that the entries of merchandise that are at issue in this litigation shall be liquidated in accordance with the final court decision in this action.

                                           /s/ Timothy C. Stanceu

                                         Timothy C. Stanceu

                                         Judge

Dated: August 5, 2024
       New York, New York